USAO-EDOK Arrest Warrant (Revised 6/13)                                    ORIGINAL

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

RECEIVED

APR 3 2026

U.S. Marshals
Eastern Oklahoma

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | **WARRANT OF ARREST** |
| **v.** | **Case No.** 26-MJ-86-GLJ |
| **DAVID CLAYTON SPEARS,** | |
| *Defendant.* | |

To:     The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: DAVID CLAYTON SPEARS

and bring him forthwith to the nearest magistrate judge to answer a:

☐ Indictment     ☐ Information     ☒ Complaint     ☐ Order of Court     ☐ Violation Notice     ☐ Probation Violation Petition

charging him with:  Possession with Intent to Distribute Methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

GERALD L. JACKSON
_____
Name of Issuing Judicial Officer

*[signature]*
_____
Signature of Issuing Judicial Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Judicial Officer

April 3  , 2026, Muskogee, Oklahoma
Date and Location

Bail fixed at $ _____

by: _____
Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | |
| McAlester, OK | |

| DATE RECEIVED 4/3/2026 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/3/2026 | ZEBULON GENSMER, DUSM for FBI | *[signature]* |

FILED

APR - 6 2026



BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk